Stuart B. Wolfe (SBN 156471)
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendants
WELLS FARGO BANK, N.A.;
CITIMORTGAGE, INC.; CITIGROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WILLIAM H. BASKIN and JUDI M. BASKIN,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; CITIMORTGAGE, INC.; CITIGROUP, INC.; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 4:11-cv-00825-SBA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

It is hereby stipulated by and between Joshua M. Bryan, Esq. of Wolfe & Wyman, LLP, counsel for Defendants WELLS FARGO BANK, N.A., CITIMORTGAGE, INC., and CITIGROUP, INC. ("Defendants") and Stephen C. Ruemann and Robin D. Shofner of RUEHMANN LAW FIRM, P.C., counsel for Plaintiffs WILLIAM H. BASKIN and JUDI M. BASKIN ("Plaintiffs"), that Defendant's deadline to respond to the First Amended Complaint is hereby extended four weeks, so that Defendants shall have up to and including May 3, 2011 in which to file a response to the First Amended Complaint.

///

///

///

///

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  March 30, 2011				WOLFE & WYMAN LLP


						By: /s/ Joshua M. Bryan
						     STUART B. WOLFE
						     JOSHUA M. BRYAN
						**Attorneys for Defendants**
						**WELLS FARGO BANK, N.A.;**
						**CITIMORTGAGE, INC.; CITIGROUP, INC.**


DATED:  March 30, 2011				RUEHMANN LAW FIRM, P.C.


						By: /s/ Robin D. Shofner
						     STEPHEN C. RUEMANN
						     ROBIN D. SHOFNER
						**Attorneys for Plaintiffs**
						**WILLIAM H. BASKIN and JUDI M. BASKIN**


## ORDER

The Court, having reviewed the Stipulation to extend time to file a response to the First Amended Complaint, and Good Cause appearing therefore, makes the following Order:

Defendants shall have up to and including May 3, 2011 in which to respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated:  4/4/11					_____
						Hon. Saundra Brown Armstrong
						JUDGE OF THE UNITED STATES DISTRICT
						COURT, NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**
C:\DOCUME~1\WORKST~1\LOCALS~1\Temp\notes06E812\Stip re extension of time.doc