Stuart B. Wolfe (SBN 156471)
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendants
WELLS FARGO BANK, N.A.;
CITIMORTGAGE, INC.; CITIGROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WILLIAM H. BASKIN and JUDI M. BASKIN, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A.; CITIMORTGAGE, INC.; CITIGROUP, INC.; and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: 4:11-cv-00825-SBA <br><br> **SECOND STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

It is hereby stipulated by and between Joshua M. Bryan, Esq. of Wolfe & Wyman, LLP, counsel for Defendants WELLS FARGO BANK, N.A., CITIMORTGAGE, INC., and CITIGROUP, INC. ("Defendants") and Stephen C. Ruemann and Robin D. Shofner of RUEHMANN LAW FIRM, P.C., counsel for Plaintiffs WILLIAM H. BASKIN and JUDI M. BASKIN ("Plaintiffs"), that Defendant's deadline to respond to the First Amended Complaint shall have up to and including June 3, 2011 in which to file a response to the First Amended Complaint in order to allow for time to for the parties to discuss potential settlement.

///

///

///

///

1  IT IS SO STIPULATED.

2  Respectfully submitted,

3  DATED:  April 29, 2011                    WOLFE & WYMAN LLP

5                                             By: /s/ Joshua M. Bryan
                                                  STUART B. WOLFE
6                                                 JOSHUA M. BRYAN
                                             **Attorneys for Defendants**
7                                            **WELLS FARGO BANK, N.A.;**
                                             **CITIMORTGAGE, INC.; CITIGROUP, INC.**

9  DATED:  April 29, 2011                    RUEHMANN LAW FIRM, P.C.

11                                            By: /s/ Robin D. Shofner
                                                  STEPHEN C. RUEMANN
12                                                ROBIN D. SHOFNER
                                             **Attorneys for Plaintiffs**
13                                           **WILLIAM H. BASKIN and JUDI M. BASKIN**

## ORDER

The Court, having reviewed the Stipulation to extend time to file a response to the First Amended Complaint, and Good Cause appearing therefore, makes the following Order:

Defendants shall have up to and including June 3, 2011 in which to respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated:  _5/2/11_                             _____
                                             Hon. Saundra Brown Armstrong
                                             JUDGE OF THE UNITED STATES DISTRICT
                                             COURT, NORTHERN DISTRICT OF CALIFORNIA