1  Stuart B. Wolfe (SBN 156471)
   Joshua M. Bryan (SBN 225230)
2  jmbryan@wolfewyman.com
   WOLFE & WYMAN LLP
3  2175 N. California Blvd., Suite 645
   Walnut Creek, California 94596-3502
4  Telephone:  (925) 280-0004
   Facsimile:   (925) 280-0005
5
   Attorneys for Defendants
6  WELLS FARGO BANK, N.A.;
   CITIMORTGAGE, INC.; CITIGROUP, INC.
7

**WOLFE & WYMAN** LLP

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11  WILLIAM H. BASKIN and JUDI M. BASKIN,        Case No.: 4:11-cv-00825-SBA

12               Plaintiffs,

13       v.                                       **STIPULATION AND ORDER TO EXTEND
                                                  TIME TO RESPOND TO PLAINTIFFS'
14  WELLS FARGO BANK, N.A.;                       FIRST AMENDED COMPLAINT AND TO
    CITIMORTGAGE, INC.; CITIGROUP, INC.; and      CONTINUE CASE MANAGEMENT
15  DOES 1-100, inclusive,                        CONFERENCE**

16               Defendants.

17

18       It is hereby stipulated by and between Joshua M. Bryan, Esq. of Wolfe & Wyman, LLP,

19  counsel for Defendants WELLS FARGO BANK, N.A., CITIMORTGAGE, INC., and CITIGROUP,

20  INC. ("Defendants") and Stephen C. Ruemann and Robin D. Shofner of RUEHMANN LAW FIRM,

21  P.C., counsel for Plaintiffs WILLIAM H. BASKIN and JUDI M. BASKIN ("Plaintiffs"), that

22  Defendants shall have up to and including **July 6, 2011** within which to file a response to the First

23  Amended Complaint in order to allow for time to for the parties to continue discussing potential

24  settlement.

25       It is further stipulated and requested that the Case Management Conference currently set for

26  June 14, 2011 be continued to **July 19, 2011.**

27  ///

28  ///

                                              1

428943.1

1    IT IS SO STIPULATED.

2    Respectfully submitted,

3    DATED:  May 25, 2011                    WOLFE & WYMAN LLP

4

5                                            By: _/s/ Joshua M. Bryan_____

6                                               STUART B. WOLFE
                                                JOSHUA M. BRYAN
7                                            **Attorneys for Defendants**
                                             **WELLS FARGO BANK, N.A.;**
8                                            **CITIMORTGAGE, INC.; CITIGROUP, INC.**

9    DATED:  May 25, 2011                    RUEHMANN LAW FIRM, P.C.

10

11                                           By: _/s/ Robin D. Shofner_____

12                                              STEPHEN C. RUEMANN
                                                ROBIN D. SHOFNER
13                                           **Attorneys for Plaintiffs**
                                             **WILLIAM H. BASKIN and JUDI M. BASKIN**

14

15

16                                           * * * * * * *

17

18                                           **ORDER**

19   The Court, having reviewed the Stipulation to extend time to file a response to the First

20   Amended Complaint and to continue the currently set Case Management Conference, and Good

21   Cause appearing therefore, makes the following Order:

22   Defendants shall have up to and including July 6, 2011 in which to respond to the First

23   Amended Complaint.  The Case Management Conference currently set for June 14, 2011 is

24   continued to July 20, 2011 at 3:15 p.m. Prior to the date scheduled for the conference, the parties

25   shall meet and confer and prepare a joint Case Management Conference Statement.  The joint

26   statement shall be filed no later than ten (10) days prior to the conference and shall comply with the

27   Standing Order for All Judges of the Northern District of California and the Standing Order of this

28   Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference

**WOLFE & WYMAN** LLP

2

428943.1

1   call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and

2   time.

3        IT IS SO ORDERED.

4

5   Dated: _5/26/11                               _____

6                                      Hon. Saundra Brown Armstrong

7                                      JUDGE OF THE UNITED STATES DISTRICT
                                   COURT, NORTHERN DISTRICT OF CALIFORNIA

**WOLFE & WYMAN** LLP

3

**STIPULATION & ORDER TO EXTEND TIME TO RESPOND TO FAC AND TO CONTINUE CMC**

428943.1